UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:24-CR-00212(1)-ADA |
| | § | |
| (1) SERGIO GONZALEZ-ALANIS | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 17, 2024, wherein the defendant (1) SERGIO GONZALEZ-ALANIS waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SERGIO GONZALEZ-ALANIS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) SERGIO GONZALEZ-ALANIS's plea of guilty to Count One (1) is accepted.

Signed this 23rd day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE